**Order entered April 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00913-CR

**ANTHONY BEANS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. f11-72079-y

## ORDER

On March 29, 2013, this Court ordered court reporter Sharon Hazlewood to file a supplemental record containing the jury verdict and punishment proceedings within fifteen days. To date, Ms. Hazlewood has neither filed the supplemental record nor communicated with the Court regarding the status of the record.  However, appellant cites to the record in his brief, so it appears the record has been prepared.

Accordingly, we **ORDER** court reporter Sharon Hazlewood to file, within **TEN DAYS** of the date of this order, a supplemental record containing the jury verdict and punishment proceedings.  No  further extensions will be granted.  If Ms. Hazlewood does not file the supplemental record within the time specified, we will order that she not sit as a court reporter until she files the supplemental record in this case.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, official court reporter, Criminal District Court No. 7; and to counsel for all parties.


/s/     DAVID EVANS
          JUSTICE